Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 13-16819

Case Name: Jo Batman    v.    Facebook, Inc.

The Clerk will enter my appearance as counsel on behalf of: Jo Batman

[X] Appellant  [ ] Petitioner  [ ] Amicus Curiae  [ ] Appellant/Cross-Appellee
[ ] Appellee   [ ] Respondent  [ ] Intervenor     [ ] Appellee/Cross-Appellant

[X] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

[ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel):

Signature (use "s/" format): s/ Christopher A. Bandas    Date: 10-10-2013

Name: Christopher A. Bandas

Firm/Office: BANDAS LAW FIRM, PC

Address: 500 N Shoreline Drive, Suite 1020

City: Corpus Christi    State: TX    Zip Code: 78401

Phone Number (including area code): 361-698-5200