**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 09 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL FRALEY; et al., | No. 13-16819 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS |
| C.M.D.; et al., | Northern District of California, San Francisco |
| Intervenor-Plaintiffs - Appellees, | |
| v. | ORDER |
| JO BATMAN, | |
| Objector - Appellant, | |
| V. | |
| FACEBOOK, INC., | |
| Defendant - Appellee. | |
| ANGEL FRALEY; et al., | No. 13-16918 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS |
| C.M.D.; et al., | Northern District of California, San Francisco |
| Intervenor-Plaintiffs - Appellees, | |

Lking 6.2.14/Pro Mo

v.

JOHN SCHACHTER, on behalf of himself and his minor son S.M.S.; et al.,

      Objectors - Appellants,

V.

FACEBOOK, INC.,

      Defendant - Appellee.

---

ANGEL FRALEY; et al.,

      Plaintiffs - Appellees,

C.M.D.; et al.,

      Intervenor-Plaintiffs - Appellees,

v.

WENDY LALLY; et al.,

      Objectors - Appellants,

V.

FACEBOOK, INC.,

      Defendant - Appellee.

No. 13-16919

D.C. No. 3:11-cv-01726-RS
Northern District of California,
San Francisco

Lking 6.2.14/Pro Mo

| | |
|---|---|
| ANGEL FRALEY; et al., | No. 13-16929 |
|       Plaintiffs - Appellees, | |
| C.M.D.; et al., | D.C. No. 3:11-cv-01726-RS<br>Northern District of California,<br>San Francisco |
|       Intervenor-Plaintiffs - Appellees, | |
|   v. | |
| K.D.; et al., | |
|       Objectors - Appellants, | |
|   V. | |
| FACEBOOK, INC., | |
|       Defendant - Appellee. | |

| | |
|---|---|
| ANGEL FRALEY; et al., | No. 13-16936 |
|       Plaintiffs - Appellees, | |
| C.M.D.; et al., | D.C. No. 3:11-cv-01726-RS<br>Northern District of California,<br>San Francisco |
|       Intervenor-Plaintiffs - Appellees, | |
|   v. | |
| H.L.S., through her mother, Sheila L. Shane, | |

| | |
|---|---|
| Objector - Appellant, | |
| v. | |
| FACEBOOK, INC., | |
| Defendant - Appellee. | |
| ANGEL FRALEY; et al., | No. 13-17028 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS Northern District of California, San Francisco |
| C.M.D.; et al., | |
| Intervenor-Plaintiffs - Appellees, | |
| THOMAS L COX, Jr.; et al., | |
| Objectors - Appellants, | |
| v. | |
| FACEBOOK, INC., | |
| Defendant - Appellee. | |
| ANGEL FRALEY; et al., | No. 13-17097 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS Northern District of California, San Francisco |
| C.M.D.; et al., | |
| Intervenor-Plaintiffs - Appellees, | |

Lking 6.2.14/Pro Mo

CAROL BARRETT,

       Objector - Appellant,

v.

FACEBOOK, INC.,

       Defendant - Appellee.

Before: Peter L. Shaw, Appellate Commissioner.

    Appellee Facebook's motion for leave to file an oversized answering brief is granted. The Clerk shall file the answering brief received May 30, 2014. The optional reply briefs are due within 14 days after service of the last filed answering brief.

Lking 6.2.14/Pro Mo